UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-61245-CIV-MARRA/JOHNSON

L. S. and S. S. on behalf of K. S.,

Plaintiff,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

Defendants.
_____/

**ORDER REMOVING CASE FROM TRIAL CALENDAR**

This cause is before the court *sua sponte*

In light of the current pending motions, the Court hereby removes this case from the trial calendar.  The Court will issue a separate order resetting the case for trial.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this 8th day of August, 2007.

_____
KENNETH A. MARRA
U.S. DISTRICT JUDGE

Copies to:
All counsel of record